IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELIZABETH C. ABE, et al., individually and
on behalf of persons similarly situated,
     Plaintiffs,

v.
               Civil Action No. 3:20-cv-270

VIRGINIA DEPARTMENT OF
ENVIRONMENTAL QUALITY,
     Defendant.

## ORDER

This matter comes before the Court on cross-motions for summary judgment filed by the defendant, the Virginia Department of Environmental Quality ("DEQ"), (ECF No. 76), and the plaintiffs,[14] (ECF No. 78). For the reasons stated in the accompanying Opinion, the Court GRANTS DEQ's motion, (ECF No. 76), and DENIES the plaintiffs' motion, (ECF No. 78). Accordingly, DEQ may assert prior salary as an affirmative defense to the plaintiffs' EPA claims. The Court's denial of the plaintiffs' motion does not preclude them from arguing that *EEOC v. Maryland Insurance Administration*, 879 F.3d 114 (4th Cir. 2018), imposes a job-relatedness requirement for affirmative defenses in Equal Pay Act claims.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 5 April 2021
Richmond, VA

             /s/
           John A. Gibney, Jr.
           United States District Judge

---

[14] The "plaintiffs" refers to the four named plaintiffs—Elizabeth C. Abe, LeAnn K. Moran, Elizabeth Polak, and Sheryl A. Kattan—and the twenty remaining opt-in plaintiffs.